An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHEILA LOUISE GREEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64513

**FILED**

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction entered pursuant to a guilty plea of two counts of burglary. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant Sheila Louise Green was sentenced to a prison term of 24 to 60 months for the first count and a prison term of 12 to 60 months for the second count. She contends that the district court abused its discretion by imposing the sentences to run consecutively. She argues that the district court failed to follow the legislative purpose of NRS 176.035(1), which she claims is to temper the harshness of the historic practice of running subsequent sentences consecutively. And she asserts that the district court "double-dipped" by using her criminal history as a reason for both denying probation and running the sentences consecutively.

We review a district court's sentencing decision for abuse of discretion. *Chavez v. State*, 125 Nev. 328, 348, 213 P.3d 476, 490 (2009). Green's prison sentences fall within the parameters of the relevant statute, *see* NRS 205.060(2), she does not allege that the district court relied solely on impalpable or highly suspect evidence, *see Silks v. State*,

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11409

92 Nev. 91, 94, 545 P.2d 1159, 1161 (1976), and NRS 176.035(1) plainly gives the district court discretion to run subsequent sentences consecutively, *see Hobbs v. State*, 127 Nev. ___, ___, 251 P.3d 177, 179 (2011) ("If the statute's language is clear and unambiguous, we enforce the statute as written.").

We conclude that the district court did not abuse its discretion at sentencing, and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

cc:     Hon. Connie J. Steinheimer, District Judge
        Washoe County Public Defender
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk